Owaiian M. JONES, Plaintiff—
Appellant,

v.

The SUPREME COURT OF VIRGINIA; the Circuit Court of the City of Roanoke, Virginia; the United States District Court, Western District of Virginia, Roanoke Division; President of the United States of America; Governor Of Virginia; Mayor of City of Roanoke, Defendants–Appellees.

Owaiian M. Jones, Plaintiff—Appellant,

v.

Roanoke City Circuit Court Judges; State of Virginia; William Broadhurst; Charles Dorsey; John Does; Timothy Allen, Defendants–Appellees.

Owaiian M. Jones, Plaintiff—Appellant,

v.

Roanoke City Sheriff's Office; Roanoke City Jail; Roanoke City Jail Physician; John Does; Timothy Allen; Dr. Ali, Defendants–Appellees.

Owaiian M. Jones, Plaintiff—Appellant,

v.

Walter L. Davis, Sr.; Edward L. Jenkins; Deputy Lee, Roanoke City Sheriff Office; John Does, Defendants—
Appellees.

Nos. 14–7396, 14–7400, 14–7401, 14–7487.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 16, 2014.

Decided: Dec. 19, 2014.

Owaiian M. Jones, Appellant, Pro Se.

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Owaiian M. Jones appeals the district court's orders dismissing his complaints for failure to comply with the court orders. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. The Supreme Court of Virginia*, No. 7:14–cv–00416–MFU–RSB (W.D.Va. Aug. 29, 2014); *Jones v. Roanoke City Circuit Court*, No. 7:14–cv–00408–MFU–RSB (W.D.Va. Aug. 29, 2014); *Jones v. Ronaoke City Sheriff's Office*, No. 7:14–cv–00415–MFU–RSB (W.D.Va. Aug. 29, 2014); *Jones v. Davis*, No. 7:14–cv–00502–MFU–RSB (W.D.Va. Sept. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*